IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| STEFANIA STOFANOVA-NIEDZWIEDZKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOME DEPOT USA, INC., ) <br> ) <br> Defendant. ) | No. 8:21-cv-01657 |

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI, by and through undersigned counsel, hereby sues the Defendant, HOME DEPOT USA, INC., and in support thereof alleges the following:

## JURISDICTION AND VENUE

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs and attorney's fees.

2. At all times material herein, Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI, was and is a resident of Hernando County, Florida.

3. At all times material herein, Defendant, HOME DEPOT USA, INC., was and is a Georgia Corporation lawfully conducting business in Florida.

4. On or about July 20, 2018, Defendant, HOME DEPOT USA, INC., owned, occupied, controlled and/or was in possession of property located at 4765 Commercial Way, Spring Hill, FL 34606.

5. On or about July 20, 2018, Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI, was at 4765 Commercial Way, Spring Hill, FL 34606 as a business invitee of Defendant, HOME DEPOT USA, INC.

6. Jurisdiction is proper in the United States District Court for the Middle District of Florida, Tampa Division.

7. All conditions precedent to this action have occurred, have been performed or have been waived.

## GENERAL ALLEGATIONS

8. On or about July 20, 2018, and for an unreasonable period of time prior thereto, Defendant, HOME DEPOT USA, INC., negligently maintained the property located at 4765 Commercial Way, Spring Hill, FL 34606 by allowing water on the floor to remain on the property which created a defective and dangerous condition.

9. The above-described defective and dangerous condition was unknown to Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI.

10. Defendant, HOME DEPOT USA, INC., had a duty to maintain the subject property in a reasonably safe condition and breached that duty by failing to do so or warning Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI, of the existence of the above-described dangerous condition.

11. As a result of the above-described negligence and resulting dangerous and defective condition, Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI,

on the above-described condition and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI, sues Defendant, HOME DEPOT USA, INC., and demands judgement for damages in an amount exceeding Fifteen Thousand Dollars, exclusive of costs, against the Defendant, HOME DEPOT USA, INC., and for such other relief as this Honorable Court deems appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, STEFANIA STOFANOVA-NIEDZWIEDZKI, demands a trial by jury as a matter of right.

DATED July 9, 2021.	/s/ MISTY MORGAN VIANNA, ESQ.
MISTY MORGAN VIANNA, ESQ.
FBN: 95219
Kemp, Ruge & Green Law Group
11567 Trinity Boulevard
Trinity, FL 34655
Phone: 727-847-4878
Fax: 727-375-7300
Email : service@krglawgroup.com
Counsel for Plaintiff